M. P. No. 75-245. STATE *v.* EARL RANDOLPH DICKERSON. Motion of defendant for special assignment is granted, and the matter is assigned to the December 1975 calendar for hearing on the merits. Roberts, C. J. not participating. *Julius C.*

*Michaelson,* Attorney General, *William Granfield Brody,* Special Asst. Attorney General, for plaintiff. *Robert B. Mann,* for defendant.